# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**MATTHEW W. BARNETT,**                                                    **PETITIONER**
**ADC #135607**

**v.**                              **CASE NO.  5:17CV00090 BSM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction, and**
**ARKANSAS BOARD OF PAROLE**                              **RESPONDENTS**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge

Jerome T. Kearney [Doc. No. 12] and petitioner Matthew Barnett's objections [Doc. No. 13]

have been reviewed.  After a review of the record, the RD is adopted.

Accordingly, Barnett's petition for writ of habeas corpus [Doc. No. 2] is denied with

prejudice and Barnett's remaining pending motions [Doc. Nos. 7, 9] are denied as moot.

Additionally, a certificate of appealability is denied because Barnett has not made a

substantial showing of the denial of a constitutional right.

IT IS SO ORDERED this 19th day of June 2017.

_____
UNITED STATES DISTRICT JUDGE